# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RONALD B. SCOTT

NO. 2019 KW 0925

SEP 3 0 2019

---

In Re:    Ronald B. Scott, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 01-19-0276.

---

BEFORE:    WHIPPLE, C.J., McDONALD AND CHUTZ, JJ.

**WRIT DENIED.** The records of the East Baton Rouge Parish Clerk's Office reflect that the district court acted on relator's pro se motion for production and the pro se motion for discovery is set for a hearing on September 16, 2019.

VGW
JMM
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT